# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Heritage Home Group LLC<br>    Debtor | Bankruptcy Case No.: 18–11736–BLS<br><br>Bankruptcy Chapter: 7 |
| Alfred T. Giuliano<br><br>    Plaintiff<br><br>    vs.<br><br>Burke Veneers, Inc.<br><br>    Defendant(s) | Adv. Proc. No.: 20–50683–BLS |

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Burke Veneers, Inc.

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
Una O'Boyle, Clerk of Court

Date: 10/6/20                                By: Lesa Neal, Deputy Clerk

(VAN–431)