# Notice Recipients

District/Off: 0311−1                    User: Lesa                    Date Created: 10/6/2020
Case: 20−50683−BLS              Form ID: van431              Total: 4


**Recipients of Notice of Electronic Filing:**
pla        Alfred T. Giuliano            atgiuliano@giulianomiller.com
aty        Peter J Keane                 pkeane@pszjlaw.com

                                                                    TOTAL: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust        U.S. Trustee        Office of the United States Trustee        J. Caleb Boggs Federal Building        844 King Street,
           Suite 2207        Lockbox 35        Wilmington, DE 19801
ust        U.S. Trustee        Office of United States Trustee        J. Caleb Boggs Federal Building        844 King Street, Suite
           2207        Lockbox 35        Wilmington, DE 19899−0035

                                                                    TOTAL: 2