# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Heritage Home Group LLC  
    Debtor  
_____

Bankruptcy Case No.: 18−11736−BLS

Bankruptcy Chapter: 7

Alfred T. Giuliano

    Plaintiff

    vs.

Burke Veneers, Inc.

    Defendant(s)

Adv. Proc. No.: 20−50683−BLS

**ENTRY OF DEFAULT**

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Burke Veneers, Inc.

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

*Una O'Boyle*  
Una O'Boyle, Clerk of Court

Date: 10/6/20             By: Lesa Neal, Deputy Clerk

(VAN−431)

United States Bankruptcy Court
District of Delaware

Giuliano,
    Plaintiff

Adv. Proc. No. 20-50683-BLS

Burke Veneers, Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0311-1      User: Lesa      Page 1 of 2
Date Rcvd: Oct 06, 2020      Form ID: van431      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Oct 06 2020 21:00:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Oct 06 2020 21:00:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:

**Name**      **Email Address**

Alfred T. Giuliano
     atgiuliano@giulianomiller.com
     ddileo@giulianomiller.com;nj68@ecfcbis.com;agiuliano@ecf.epiqsystems.com;nj90@ecfcbis.com

Peter J Keane

District/off: 0311-1 User: Lesa Page 2 of 2
Date Rcvd: Oct 06, 2020 Form ID: van431 Total Noticed: 2

on behalf of Plaintiff Alfred T. Giuliano pkeane@pszjlaw.com

TOTAL: 2