# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Lesa | Date Created: 10/29/2020 |
| Case: 20−50683−BLS | Form ID: van433b | Total: 4 |

**Recipients of Notice of Electronic Filing:**
pla      Alfred T. Giuliano      atgiuliano@giulianomiller.com
aty      Peter J Keane      pkeane@pszjlaw.com

                                                                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust      U.S. Trustee      Office of the United States Trustee      J. Caleb Boggs Federal Building      844 King Street, Suite 2207      Lockbox 35      Wilmington, DE 19801
ust      U.S. Trustee      Office of United States Trustee      J. Caleb Boggs Federal Building      844 King Street, Suite 2207      Lockbox 35      Wilmington, DE 19899−0035

                                                                                               TOTAL: 2